UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 08-60388-CV-UNGARO

KATHLEEN DUNCAN, et al.,

    Plaintiff,

v.

BLUEKAP FINANCIAL GROUP,
LLC., et al.,

    Defendant(s).
_____/

ORDER RE-SETTING INITIAL SCHEDULING AND
PLANNING CONFERENCE

THIS CAUSE is hereby re-set for a Initial Scheduling and Planning Conference before the Honorable Ursula Ungaro, at the U.S. District Court, 400 N. Miami Avenue, Miami, Rm 12-4, Florida 33128 on **JUNE 13, 2008 at 10:00 A.M. The Joint Scheduling Report is due June 6, 2008.**

DONE AND ORDERED at Miami, Florida this 29 day of May, 2008.

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

cc: All counsel of record