**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 08-60388-CIV-UNGARO

KATHLEEN DUNCAN, on her own behalf
and others similarly situated,
        Plaintiff,

v.

BLUEKAP FINANCIAL GROUP, LLC, a
Florida Limited Liability Co., and LILLIA
CUFFY, individually,
        Defendants.

_____/

_____

### ORDER DIRECTING CLERK TO ENTER DEFAULT

THIS CAUSE came before the Court upon Plaintiff's Motion for Clerk's Entry of Default

Against Defendants, filed on June 9, 2008.  (D.E. 10.)

THE COURT has considered the Motion and the pertinent portions of the record and is

otherwise fully advised in the premises.  Defendants Bluekap Financial Group, LLC and Lillia

Cuffy were served with the Complaint on May 7, 2008.  (D.E. 6 & 7.)  As a result, their

Responses to the Complaint were due on or before May 70, 2008.  It appears that Defendants are

in default for failure to appear, answer, or otherwise plead to the Complaint within the time

required by law, as they have failed to respond to the Complaint.  Accordingly, it is hereby

ORDERED AND ADJUDGED that the Clerk of the Court is directed to enter DEFAULT

against Defendants.  It is further

ORDERED AND ADJUDGED that Plaintiff SHALL file a Motion for Default Final

Judgment against Defendants Bluekap Financial Group, LLC and Lillia Cuffy, duly supported by

affidavits and other documentation and a proposed final order, by June 23, 2008.  Plaintiff is

advised that failure to timely comply with this order shall result in dismissal of this action against

Defendants Bluekap Financial Group, LLC and Lillia Cuffy without further notice.

DONE AND ORDERED in Chambers at Miami, Florida, this 11th day of June, 2008.

_____
URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
Counsel of Record