## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60388-CIV-UNGARO

KATHLEEN DUNCAN, on her own behalf
and others similarly situated,
     Plaintiff,

v.

BLUEKAP FINANCIAL GROUP, LLC, a
Florida Limited Liability Co., and LILLIA
CUFFY, individually,
     Defendants.
_____/

## DEFAULT FINAL JUDGMENT AGAINST BLUEKAP FINANCIAL GROUP, LLC, AND LILLLIA CUFFY

THIS CAUSE is before the Court upon Plaintiff's Motion for Default Final Judgment

Against Bluekap Financial Group, LLC and Lillia Cuffy, filed June 23, 2008.  (D.E. 13.)

THIS COURT has considered said Motion, the pertinent portions of the record, and is

otherwise fully advised in the premises.  The Court notes that the Clerk of the Court entered

default against the above Defendants on June 12, 2008. Accordingly, it is hereby

ORDERED and ADJUDGED that the Motion is GRANTED.  It is further

ORDERED AND ADJUDGED that the Default entered by the Clerk of the Court against

Defendants Bluekap Financial Group, LLC and Lillia Cuffy in this matter is APPROVED AND

RATIFIED.  It is further

ORDERED AND ADJUDGED that  FINAL JUDGMENT is entered in favor of Plaintiff,

Kathleen Duncan, and against Defendants Bluekap Financial Group, LLC and Lillia Cuffy, in the

amount of $2,184.00 as overtime wages and liquidated damages.  It is further

ORDERED AND ADJUDGED that the Shavitz Law Group, P.A., is awarded its

reasonable attorney's fees and costs in the amount of $1,711.00, for a total sum of $3,895.00,

together with interest thereon at the rate of 10% annum, for all of which let execution issue.

DONE AND ORDERED in Chambers at Miami, Florida, this 24th day of June, 2008.

_____

URSULA UNGARO
UNITED STATES DISTRICT JUDGE

copies provided:
counsel of record

2